IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HANDY SPACE MINI STORAGE,
        Plaintiffs,                  Civil No.: SA-17-CA-00755-XR

vs.

THE CINCINNATI INSURANCE
COMPANY,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiffs, HANDY SPACE MINI STORAGE, and the Defendant, THE CINCINNATI INSURANCE COMPANY, by and through undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, as it has amicably been resolved between the parties with each party to bear their own costs and attorneys' fees.

Done this 26th day of April 2018.

| **MERLIN LAW GROUP** | **LITCHFIELD CAVO, LLP** |
|---|---|
| */s/ Erin Dunnavant* | */s/ Allison Hooker* |
| ERIN E. DUNNAVANT, ESQ. | ALLISON M. HOOKER, ESQ. |
| Florida Bar No.: 89328 | One Riverway |
| 777 S. Harbour Island Blvd. | Suite 1000 |
| Suite #950 | Houston, TX 77056 |
| Tampa, FL 33602 | Telephone: (713) 418-2000 |
| Telephone: (813) 299-1000 | Facsimile: (713) 418-2001 |
| Facsimile: (813) 229-3692 | Email: hookera@litchfieldcavo.com |
| Email: edunnavant@merlinlawgroup.com |       schraub@litchfieldcavo.com |
|       mcolon@merlinlawgroup.com | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HANDY SPACE MINI STORAGE,
        Plaintiffs,                        Civil No.: SA-17-CA-00755-XR

vs.

THE CINICINNATI INSURANCE
COMPANY

        Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before this Court upon the Joint Stipulation for Dismissal with Prejudice, and the Court having duly considered same, it is therefore:

ORDERED AND ADJUDGED that the above-styled cause is hereby dismissed with prejudice and with each party to bear their own costs and attorney's fees.

DONE AND ORDERED in chambers for the Western District of Texas, on this 26th day of April 2018.

                                                              _____
                                                              District Court Judge

cc:    Erin Dunnavant, Esq.
        Allison Hooker, Esq.