FILED
APR 3 0 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HANDY SPACE MINI STORAGE,
      Plaintiffs,

Civil No.: SA-17-CA-00755-XR

vs.

THE CINICINNATI INSURANCE
COMPANY

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before this Court upon the Joint Stipulation for Dismissal with Prejudice, and the Court having duly considered same, it is therefore:

ORDERED AND ADJUDGED that the above-styled cause is hereby dismissed with prejudice and with each party to bear their own costs and attorney's fees.

DONE AND ORDERED in chambers for the Western District of Texas, on this <u>30th</u> day of <u>April</u> 2018.

                                                      _____
                                                      United States District Judge
                                                      Xavier Rodriguez